IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRI WALTERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:09-cv-0286-LJM-JMS |
| GLOBAL CREDIT & COLLECTION CORPORATION, | ) ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Comes now Plaintiff, Terri Walters, by counsel, and comes now Defendant, Global Credit and Collection Corporation, by counsel, and stipulate and agree to the dismissal with prejudice, of all claims against Defendant in the foregoing cause of action, costs paid, and the Court having examined said Stipulation and being duly advised in the premises now finds that said Stipulation is meritorious and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed, with prejudice, costs paid.

Dated  08/03/2009

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Timothy J. Sostrin
MACEY & ALEMAN, P.C.
233 S. Wacker
Sears Tower, Suite 5150
Chicago, IL  60606

Ronald S. Canter, Esquire
The Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

James W. Riley, Jr.
RILEY BENNETT & EGLOFF, LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204
JWR/lar/6617-65/JWRCL/6008.688